AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

CARLOS MAURICIO URQUIDI

## WARRANT FOR ARREST

CASE NUMBER: 0 7 - 6 4 5 - M - 0 1

To.    The United States Marshal
       and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest   CARLOS MAURICIO URQUIDI

DEC 1 7 2007

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an agent of Pan American Development Foundation , an organization, said organization receiving in each of the one year periods beginning 1-1-01, 1-1-02, 1-1-03, 1-1-04, 1-1-05 and 1-1-06, benefits in excess of $10,000 under two United States Agency for International Development (USAID) cooperative agreements, embezzled, stole, obtained by fraud, intentionally misapplied and without authority knowingly converted to the use of a person not the rightful owner property worth at least $214,800 and owned by and under the care, custody and control of Pan American Development Foundation.

In violation of Title  18  United States Code, Section(s) 666, 2 .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Title of Issuing Officer

_signature_

DEC 1 4 2007    District of Columbia

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  _____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/14/07 | Stephanie Owens, DSM | _signature_ |
| DATE OF ARREST | | |
| 12/17/07 | | |