U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA       :

                V.             :     Case No. 07-645-M-01
       CARLOS MAURICIO URQUIDI
                               :     **FILED**
                               :     DEC 1 7 2007
                  **ORDER**
                                     NANCY MAYER WHITTINGTON, CLERK
                                     U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __17th__ day of __December 2007__ ORDERED:

3. That if the defendant is released on bond that (he)/or she be accompanied on by __SA Thaddeus Corley of USAID__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __December 19, 2007 @ 2:30 p.m.__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-80