AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ _____ DISTRICT OF _Columbia_

FILED
FEB 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Carlos M. Urquidi

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-645-M-01

I, _Carlos M. Urquidi_, charged in a (complaint) (petition) pending in this District with _____

in violation of Title _18_, U.S.C., _666_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _[signature]_
Defendant

_02-08-08_
Date

_[signature]_
Counsel for Defendant