UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. |
| | : | Magistrate No. 07-645-M |
| | : | |
| | : | VIOLATION: |
| **CARLOS M. URQUIDI,** | : | 18 U.S.C. § 666 |
| | : | (Theft from Program |
| | : | Receiving Federal Funds ) |
| | : | |
| | : | 18 U.S.C. § 981 |
| Defendant. | : | (Forfeiture) |
| | : | |
| | : | 28 U.S.C. § 2461 |
| | : | (Forfeiture) |

**I N F O R M A T I O N**

The United States Attorney charges**:**

**COUNT ONE**

At times material to this Information:

1. The Pan American Development Foundation (PADF) was a United States Agency for International Development (USAID) contractor operating in the United States and Colombia. PADF's headquarters was in Washington, D.C., and it had an office in Bogota, Colombia. Since 2000, USAID has given PADF more than $20,000,000 via two Cooperative Agreements. Each calendar year, USAID has given PADF more than 10,000 dollars per year. The money that USAID provided to PADF is to be used to provide support, training and housing for Colombians who are displaced by violence.

2. From January 2001 until May 2006, defendant Carlos M. Urquidi (URQUIDI) was PADF Colombia's Financial Director. As PADF's Financial Director, he had complete control

over all of PADF Colombia's financial and administrative matters, to include, but not limited to, approving journal entries, preparing and mailing/submitting monthly financial statements, submitting disbursement requests, signing checks, requesting fund transfers, and reconciling PADF's check registry and bank statements.

    3. From on or about January 2001 through July 2006, in the District of Columbia and elsewhere, URQUIDI, being an agent of PADF, a USAID contractor, receiving in the one year period beginning January 2000 through the present, benefits in excess of $10,000 under two Cooperative Agreements, embezzled, stole and otherwise obtained by fraud and without authority, PADF funds of approximately $197,225, and converted such funds for his personal use and benefit.

**(Theft From Program Receiving Federal Funds (18 U.S.C. § 666 (a)(1)A))**.

## NOTICE OF FORFEITURE

(18 U.S.C. § 981, 28 U.S.C. § 2461, and Fed. R. Crim. P. 32.2(b)(1))

    1. The violations alleged in Count One of this Information are realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

    2. Upon conviction of the offense alleged in Count One of this Information the defendant, CARLOS M. URQUIDI, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) (as incorporated by 28 U.S.C. § 2461(c), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including, but not limited to, the following: **$197,225** which represents a sum of money equal to the amount of

money constituting, or derived from, proceeds obtained, directly or indirectly, as the result of theft scheme, in violation of 18 U.S.C. § 666, for which the defendant was not entitled to receive, and **$17, 575** in cash advances that he failed to return to PADF at the time of his resignation.

    3.    Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the defendant shall forfeit substitute property, up to the value of the amount described above, if, by any act or omission of said defendant, the property identified above as subject to forfeiture

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, sold to or deposited with a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.

All in accordance with 28 U.S.C. § 2461(c) (incorporating 18 U.S.C. § 981(a)(1)) and Rule 32.2(a), Federal Rules of Criminal Procedure.

_____**(Criminal Forfeiture pursuant to Title 18, United States Code, Section 981;Title 28 United States Code, Section 2461)**

JEFFREY A. TAYLOR
United States Attorney


By: _____
LIONEL ANDRE
Assistant United States Attorney
United States Attorneys Office
Fraud &Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9555
Lionel.Andre@USDOJ.gov