UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. : Criminal No. 08-43

CARLOS M. URQUIDI, :

Defendant. :

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Carlos M. Urquidi agrees and stipulates as follows:

1. The Pan American Development Foundation (PADF) is a United States Agency for International Development (USAID) contractor operating in the United States and Colombia. PADF's headquarters is in Washington, D.C., and it has an office in Bogota, Colombia. Since 2000, USAID has given PADF more than $20,000,000 via two Cooperative Agreements (CA), CA #527-A-00-00-00169-00, Reintegration of Families Displaced by the Violence and CA #514-A-00-05-00304-00, Integrated Humanitarian Assistance Support to Internally Displaced and Other Vulnerable Groups. Each calendar year, USAID has given PADF more than 10,000 dollars per year. The money that USAID provided to PADF is to be used to provide support, training and housing for Colombians who are displaced by violence.

2. From January 2001 until May 2006, I was PADF Colombia's Financial Director. As PADF's Financial Director, I had complete control over all of PADF Colombia's financial and administrative matters, to include, but not limited to, approving journal entries, preparing and mailing/submitting monthly financial statements, submitting disbursement requests, signing checks, requesting fund transfers, and reconciling PADF's check registry and bank statements.

3. On December 31, 2001, I reclassified 40,111 dollars in personal expenses (92,255,360 pesos) from my personal accounts receivable account (payable to PADF Colombia) to PADF DC's furniture expenses accounts receivable (payable by PADF DC). By switching the 40,111 dollars from my personal accounts receivable account to PADF DC's accounts receivable account, I was able to hide the fact that I used 40,111 dollars of PADF's money, without authorization, to pay for my various personal bills. On April 30, 2004, I approved, via journal entry number ARFP000054 the reclassification of $ 26,691 dollars (77,730,400.81 pesos) from my personal accounts receivable (payable to PADF) to PADF DC's furniture expenses accounts receivable (payable by PADF). As a result of that reclassification, I received $26,691 dollars that I was not entitled to receive. I was able to hide the fact that I received the $40,111 dollars and the $26,691 dollars by falsifying the information that I put on PADF Colombia's financial statements. As a result of the falsified financial statements that I provided to PADF DC, PADF DC passed 60,802 dollars in fraudulent cost on to USAID. I was not entitled to receive the $60,802 in purported furniture expenses that I received.

4. From June 2003, until April 2006, I used $131,422 (330,120,029 pesos) of PADF funds to purchase and pay for a condominium in Bogota, Colombia. I was not authorized to use PADF funds to purchase a condominium nor was I allowed to use PADF funds, $5,001 dollars (12,102,704 pesos), to pay for the monthly administrative cost associated with the condominium. I was able to hide the fact that I used PADF funds to purchase the condominium by falsifying PADF's Request for Reimbursement forms; giving PADF officials a fake apartment rental agreement and by falsifying the information that I put on PADF Colombia's financial statements. Each month I mailed to PADF DC via DHL, PADF Colombia's financial statements, where I

showed the housing allowance as rent but in reality the funds were used to purchase my condominium. As a result, I caused PADF to pass 136,423 dollars in my personal housing cost on to USAID.

5. In summary, from on or about January 2001, thru July 2006, I misappropriated a total of $197,225.00 dollars from PADF and used that money for my personal benefit. PADF then passed on the fraudulent costs to USAID.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
LIONEL ANDRE
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9555

**DEFENDANT'S ACCEPTANCE**

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 2/27/08

_____
Carlos M. Urquidi
Defendant

3

I have discussed this Statement of Offense with my client, Mr. Urquidi. I concur with his decision to stipulate to this Statement of Offense.

Date: 2/28/08

_____
Carlos Vanegas, Esq.
Attorney for the Defendant