AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA
V.

Carlos M. Urquidi

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR43

I, _Carlos M. Urquidi_, the above named defendant, who is accused of

18 USC 666(a)(1)(A); Converts to own use Property of Another; Theft from Program Receiving Federal Funds

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _March 31, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Henry Kennedy, Jr._
           Judicial Officer